UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLA MAE BULTHOUSE,

       Plaintiff,                            Case No: 1:10-cv-839

v.                                          HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## **ORDER**

      Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 21, 2012, recommending that this Court affirm the Commissioner's decision.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  See 28 U.S.C. § 636(b)(1).  Therefore,

      **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 12) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is AFFIRMED.

      A Judgment will be entered consistent with this Order.


Dated:  March 12, 2012                                  /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge